B1 (Official Form 1) (04/13)

| UNITED STATES BANKRUPTCY COURT<br>Delaware | VOLUNTARY PETITION |
|---|---|
| **Name of Debtor** (if individual, enter Last, First, Middle):<br>Devonshire PGA Holdings, LLC | **Name of Joint Debtor** (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>20-5912843 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>350 Devonshire Way<br>Palm Beach Gardens, FL  33418<br>ZIP CODE 33418 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>Palm Beach County | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

**Type of Debtor** (Form of Organization) (Check **one** box.)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [✓] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check **one** box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [✓] Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box.)
- [ ] Chapter 7
- [ ] Chapter 9
- [✓] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts** (Check **one** box.)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [✓] Debts are primarily business debts.

**Filing Fee** (Check one box.)
- [✓] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [✓] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (*amount subject to adjustment on 4/01/16 and every three years thereafter*).

--------------------------------------
Check all applicable boxes:
- [✓] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**          THIS SPACE IS FOR COURT USE ONLY
- [✓] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**Estimated Number of Creditors**

| [✓] 1-49 | [ ] 50-99 | [ ] 100-199 | [ ] 200-999 | [ ] 1,000-5,000 | [ ] 5,001-10,000 | [ ] 10,001-25,000 | [ ] 25,001-50,000 | [ ] 50,001-100,000 | [ ] Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Assets**

| [✓] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [ ] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Liabilities**

| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [ ] $1,000,001 to $10 million | [✓] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>Devonshire PGA Holdings, LLC |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.)

| Location Where Filed: None | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.)

| Name of Debtor: See Attachment 1 | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

### Exhibit A
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B
(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).

X _____
    Signature of Attorney for Debtor(s)    (Date)

### Exhibit C
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

### Exhibit D
(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☑ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (04/13)

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>Devonshire PGA Holdings, LLC | Page 3 |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney*

X _/s/ M. Blake Cleary_____
Signature of Attorney for Debtor(s)
M. Blake Cleary (No. 3614)
Printed Name of Attorney for Debtor(s)
Young Conaway Stargatt & Taylor, LLP
Firm Name
Rodney Square, 1000 North King Street
Wilmington, DE 19801
Address
302-571-6600
Telephone Number
Date 9-19-13

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _/s/ Paul Rundell_____
Signature of Authorized Individual
Paul Rundell
Printed Name of Authorized Individual
Chief Restructuring Officer
Title of Authorized Individual
Date 9-19-13

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____
Signature

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

## ATTACHMENT 1 TO THE VOLUNTARY PETITION

Pending Bankruptcy Cases Filed by Affiliated Entities

On the date hereof, each of the related entities listed below, including the debtor in this chapter 11 case (collectively, the "Debtors"), will file or have filed a petition in this Court for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532. Contemporaneously with the filing of their voluntary petitions, the Debtors are filing a motion requesting that the Court consolidate their chapter 11 cases for administrative purposes only.

**The Debtors are the following entities (along with their federal tax identification numbers):**

Devonshire PGA Holdings, LLC (20-5912843)

Chatsworth at PGA National, LLC (20-5913412)

Chatsworth PGA Properties, LLC (20-5913472)

Devonshire at PGA National, LLC (20-5912904)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
:
In re:                                                       :   Chapter 11
                                                             :
DEVONSHIRE PGA HOLDINGS, LLC,                                :   Case No. 13-_____ (_____)
et al.,[1]                                                   :
                                                             :   (Joint Administration Pending)
Debtors.                                                     :
                                                             :
---------------------------------------------------------------x

**DEVONSHIRE PGA HOLDINGS, LLC'S LIST OF CREDITORS HOLDING 20
LARGEST UNSECURED CLAIMS**

In accordance with Federal Rule of Bankruptcy Procedure 1007(d), the following is a list of the 20 largest unsecured creditors (the "Top 20 List") of Devonshire PGA Holdings, LLC, a debtor and debtor in possession in the above-captioned chapter 11 cases (the "Debtor"), which is based on the Debtor's books and records as of September 18, 2013. The Top 20 List does not include (a) persons who come within the definition of "insider" set forth in section 101(31) of title 11 of the United States Code (the "Bankruptcy Code") or (b) secured creditors, including any unsecured deficiency claims.

---

[1] The Debtors are the following four entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses): Devonshire PGA Holdings, LLC (2843), Devonshire at PGA National, LLC (2904), Chatsworth at PGA National, LLC (3412) and Chatsworth PGA Properties, LLC (3472).

The information contained herein shall not constitute an admission of liability by, nor is it binding on, the Debtor. The Debtor reserves all rights to assert that any debt or claim included herein is a disputed claim or debt, and to challenge the priority, nature, amount, or status of any such claim or debt. In the event of any inconsistencies between the summaries set forth below and the respective corporate and legal documents relating to such obligations, the descriptions in the corporate and legal documents shall control.

|  | NAME OF CREDITOR, COMPLETE MAILING ADDRESS, AND EMPLOYEE, AGENT, OR DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM | NATURE OF CLAIM *(trade debt, bank loan, government contracts, etc.)* | INDICATE IF CLAIM IS CONTINGENT, UNLIQUIDATED, DISPUTED, OR SUBJECT TO SETOFF | AMOUNT OF CLAIM *(if secured, also state value of security)* |
|---|---|---|---|---|
| 1. | None |  |  |  |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------x
                                                         :
In re:                                                   : Chapter 11
                                                         :
DEVONSHIRE PGA HOLDINGS, LLC,                            : Case No. 13-_____ (_____)
et al.,[1]                                               :
                                                         : (Joint Administration Pending)
Debtors.                                                 :
                                                         :
---------------------------------------------------------x

## DECLARATION UNDER PENALTY OF PERJURY

I, Paul Rundell, the Chief Restructuring Officer of the debtors in these chapter 11 cases, declare under penalty of perjury that I have read the foregoing "Devonshire PGA Holdings, LLC's List of Creditors Holding 20 Largest Unsecured Claims" and that it is true and correct to the best of my knowledge, information and belief.

Dated: September 19, 2013

_____
Paul Rundell
Chief Restructuring Officer for the Debtors

---

[1] The Debtors are the following four entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses): Devonshire PGA Holdings, LLC (2843), Devonshire at PGA National, LLC (2904), Chatsworth at PGA National, LLC (3412) and Chatsworth PGA Properties, LLC (3472).

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
                                                               :
In re:                                                         : Chapter 11
                                                               :
DEVONSHIRE PGA HOLDINGS, LLC,                                  : Case No. 13-_____ (_____)
et al.,[1]                                                     :
                                                               : (Joint Administration Pending)
Debtors.                                                       :
                                                               :
---------------------------------------------------------------x

## DEBTOR'S LIST OF EQUITY SECURITY HOLDERS

This list contains the equity security holder of Devonshire PGA Holdings, LLC, one of the above-captioned debtors and debtors in possession, which has been prepared in accordance with Federal Rule of Bankruptcy Procedure 1007(a)(3):

| Equity Holder | Address of Equity Holder | Amount of Shares | Type of Shares |
|---|---|---|---|
| HJSI Devonshire II, LLC | c/o HJ Sims Investments, LLC<br>2150 Post Road, Suite 301<br>Fairfield, CT 06824<br>Attn: R. Jeffery Sands | 100% | Common |

---

[1] The Debtors are the following four entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses): Devonshire PGA Holdings, LLC (2843), Devonshire at PGA National, LLC (2904), Chatsworth at PGA National, LLC (3412) and Chatsworth PGA Properties, LLC (3472).

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
In re:                                              : Chapter 11
                                                    :
DEVONSHIRE PGA HOLDINGS, LLC,                       : Case No. 13-_____ (____)
et al.,[1]                                          :
                                                    : (Joint Administration Pending)
Debtors.                                            :
                                                    :
---------------------------------------------------------------x

## DECLARATION UNDER PENALTY OF PERJURY

I, Paul Rundell, the Chief Restructuring Officer of the debtors in these chapter 11 cases, declare under penalty of perjury that I have read the foregoing "Debtor's List of Equity Security Holders" and that it is true and correct to the best of my knowledge, information and belief.

Dated: September 19, 2013

_____
Paul Rundell
Chief Restructuring Officer for the Debtors

---

[1] The Debtors are the following four entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses): Devonshire PGA Holdings, LLC (2843), Devonshire at PGA National, LLC (2904), Chatsworth at PGA National, LLC (3412) and Chatsworth PGA Properties, LLC (3472).

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
: 
In re: : Chapter 11
:
DEVONSHIRE PGA HOLDINGS, LLC, : Case No. 13-_____ (____)
et al.,[1] :
: (Joint Administration Pending)
Debtors. :
:
---------------------------------------------------------------x

**DEBTOR'S STATEMENT OF CORPORATE OWNERSHIP PURSUANT TO RULES 1007(a)(1) AND 7007.1 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, Devonshire PGA Holdings, LLC, one of the above-captioned debtors and debtors in possession (the "Debtor"), states that the following is a list of all corporations, other than governmental units, that directly or indirectly own 10% of more of any class of interest in the Debtor:

| Name and Address | Approximate Percent of Interest Held |
|---|---|
| HJSI Devonshire II, LLC<br>c/o HJ Sims Investments, LLC<br>2150 Post Road, Suite 301<br>Fairfield, CT 06824<br>Attn: R. Jeffery Sands | 100% |

---

[1] The Debtors are the following four entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses): Devonshire PGA Holdings, LLC (2843), Devonshire at PGA National, LLC (2904), Chatsworth at PGA National, LLC (3412) and Chatsworth PGA Properties, LLC (3472).

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
In re:                                      :   Chapter 11
                                            :
DEVONSHIRE PGA HOLDINGS, LLC,               :   Case No. 13-_____ (____)
et al.,[1]                                  :
                                            :   (Joint Administration Pending)
Debtors.                                    :
                                            :
------------------------------------------------------------x

## DECLARATION CONCERNING DEBTOR'S STATEMENT OF CORPORATE OWNERSHIP PURSUANT TO RULES 1007(a)(1) AND 7007.1 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

I, Paul Rundell, the Chief Restructuring Officer of the debtors in these chapter 11 cases, declare under penalty of perjury under the laws of the United States of America that I have reviewed the foregoing "Debtor's Statement of Corporate Ownership Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure" submitted herewith and that the information contained therein is true and correct to the best of my knowledge, information and belief.

Dated: September 19, 2013

_____
Paul Rundell
Chief Restructuring Officer for the Debtors

---

[1] The Debtors are the following four entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses): Devonshire PGA Holdings, LLC (2843), Devonshire at PGA National, LLC (2904), Chatsworth at PGA National, LLC (3412) and Chatsworth PGA Properties, LLC (3472).

# WRITTEN CONSENT OF
# THE SOLE MANAGER OF
# DEVONSHIRE PGA HOLDINGS, LLC

## September 18, 2013

The undersigned, being the manager (the "Manager") of Devonshire PGA Holdings, LLC, a Delaware limited liability company (the "Company"), hereby consents to the following actions and adopts the following resolutions by written consent without a meeting, and represents that such resolution have not been modified, rescinded, or revoked and are presently in full force and effect:

WHEREAS, the Manager has been evaluating and considering the reorganization of the Company's business in consultation with professional advisors of the Company; and

WHEREAS, the Manager has determined that it is desirable, fair, reasonable, and in the best interests of the Company and the Company's creditors, the Company's sole member, and other interested parties for the Company to file a petition seeking relief under the provisions of Chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code").

NOW, THEREFORE, BE IT:

RESOLVED, that, in the judgment of the Manager, it is desirable and in the best interests of the Company and the Company's creditors, the Company's sole member and other interested parties that the Company file a petition under Chapter 11 of the Bankruptcy Code;

FURTHER RESOLVED, that Paul Rundell, Managing Director of Alvarez & Marsal Healthcare Industry Group, LLC (the "Chief Restructuring Officer"), is hereby appointed as an officer of the Company and is authorized and instructed to cause the preparation of an appropriate voluntary petition as determined by the Chief Restructuring Officer under Chapter 11 of the Bankruptcy Code on behalf of the Company;

FURTHER RESOLVED, that, upon preparation, such Chief Restructuring Officer be, and he hereby is authorized, on behalf of and in the name of the Company, to execute the petition in such form as such Chief Restructuring Officer, deems appropriate and that, upon such execution, the Chief Restructuring Officer is hereby authorized to cause the Company to file the petition with the United States Bankruptcy Court for the District of Delaware to commence a case (a "Bankruptcy Case") under Chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") on or as soon as practicable after September 18, 2013;

FURTHER RESOLVED, that the Chief Restructuring Officer, on terms consistent with those presented to the Manager, be, and hereby is, authorized and instructed to make such arrangements as he deems necessary or proper for the Company to use existing cash collateral or to borrow additional funds, either as a debtor in possession under Chapter 11 of the Bankruptcy Code or otherwise, and that the Chief Restructuring Officer be, and hereby is, authorized and instructed, on behalf of and in the name of the Company, to negotiate and agree with potential lenders as to the terms and amounts of any such cash collateral use or further borrowings, to

grant such security interests in or liens on the assets of the Company, to execute and deliver appropriate agreements for such use of post-petition financing in connection with the Bankruptcy Case, including the granting of liens to any such lender(s) who are a party to such agreement(s), and to take such additional actions and execute and deliver such other agreements, instruments, or documents proposed to be executed and delivered by or on behalf of the Company pursuant thereto or in connection therewith, all with such changes therein and additions thereto as the Chief Restructuring Officer, in his sole discretion, may deem necessary or proper in connection with such further borrowings;

**FURTHER RESOLVED**, that the Chief Restructuring Officer, on terms consistent with those presented to the Manager, be, and hereby is, authorized to execute and file (or direct others to do so on behalf of the Company as provided herein) all necessary documents, including, without limitation, all petitions, affidavits, schedules, motions, lists, applications, pleadings, and other papers, and in connection therewith, to employ and retain all assistance by legal counsel, accountants, or other professionals and to take any and all action that he deems necessary and proper in connection with the Bankruptcy Case; and

**FURTHER RESOLVED**, that the law firm of Young Conaway Stargatt & Taylor, LLP shall be retained as bankruptcy counsel under section 327(a) of the Bankruptcy Code for the Company in the Bankruptcy Case in accordance with terms of the engagement letter delivered by Young Conaway Stargatt & Taylor, LLP to the Manager, and the Chief Restructuring Officer of the Company be, and hereby is, authorized and directed, to execute retention agreements, pay retainers prior to and immediately upon the filing of the Bankruptcy Case, and cause to be filed an application for authority to retain the services of Young Conaway Stargatt & Taylor, LLP during the Bankruptcy Case;

**FURTHER RESOLVED**, that Alvarez & Marsal Healthcare Industry Group, LLC shall be retained to serve as the financial advisor to the Company in accordance with terms of the engagement letter delivered by Alvarez & Marsal Healthcare Industry Group, LLC to the Manager, and the Chief Restructuring Officer of the Company be, and hereby is, authorized and directed, to execute retention agreements, pay retainers prior to and immediately upon the filing of the Bankruptcy Case, and cause to be filed an application for authority to retain the services of Alvarez & Marsal Healthcare Industry Group, LLC during the Bankruptcy Case;

**FURTHER RESOLVED**, that the Chief Restructuring Officer of the Company be, and hereby is, authorized and directed to employ any other firm as professionals or consultants to the Company as are deemed necessary to represent and assist the Company in carrying out the Company's duties under the Bankruptcy Code and, in connection therewith, the Chief Restructuring Officer of the Company be, and hereby is, authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Bankruptcy Case, and cause to be filed an appropriate application for authority to retain the services of such firm(s);

**FURTHER RESOLVED**, that the Chief Restructuring Officer be, and hereby is, authorized and directed, in the name of and on behalf of the Company, to make, enter into, execute, deliver, and file any and all other or further agreements, documents, certificates, materials, and instruments, to disburse funds of the Company, to take or cause to be taken any

and all other actions, and to incur all such fees and expenses as the Chief Restructuring Officer deems to be necessary, appropriate, or advisable to carry out the purposes of the foregoing resolutions and the transactions contemplated thereunder or to successfully complete a Bankruptcy Case, the taking of any such action or execution of any such documents or agreements to constitute conclusive evidence and the exercise of such discretionary authority;

**FURTHER RESOLVED**, that all acts lawfully done or actions lawfully taken by the Chief Restructuring Officer to seek relief under Chapter 11 of the Bankruptcy Code or in connection with the Bankruptcy Case, or any matter related thereto, be, and hereby are, adopted, ratified, confirmed, and approved in all respects as the acts and deeds of the Company; and

**FURTHER RESOLVED**, that this consent may be executed by facsimile, telecopy or other electronic means or reproduction, and such execution shall be considered valid, binding, and effective for all purposes.

The actions taken by this written consent shall have the same force and effect as if taken by the undersigned at a meeting of the Manager, duly called and constituted pursuant to the laws of the state of Delaware.

[signature page follows]

IN WITNESS WHEREOF, the undersigned has executed this written consent as of the date first above written.

                                  **HJSI Devonshire II, LLC**
                                  By: HJSI Devonshire, LLC, its manager
                                  By: HJ Sims Investments, LLC, its manager

                                  By: _____
                                  Name: R. Jeffrey Sands
                                  Title: Managing Director