**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

```
----------------------------------------------------------  x
In re:                                                      :
                                                            :  Chapter 11
DEVONSHIRE PGA HOLDINGS, LLC,                               :
et al.,¹                                                    :  Case No. 13-12460 (CSS)
                                                            :
            Debtors.                                        :  (Jointly Administered)
----------------------------------------------------------  x
```

**NOTICE OF AMENDED² AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON OCTOBER 16, 2013 AT 11:00 A.M. (ET)**

**UNCONTESTED MATTERS – CERTIFICATIONS FILED**

1.   Motion of the Debtors and Debtors in Possession for Entry of Interim and Final Orders Establishing Adequate Assurance Procedures with Respect to Their Utility Providers Pursuant to Section 366 of the Bankruptcy Code [D.I. 7; 9/19/13]

      Related Documents:

      a)   Interim Order Granting Motion of the Debtors and Debtors in Possession for Entry of Interim and Final Orders Establishing Adequate Assurance Procedures with Respect to Their Utility Providers Pursuant to Section 366 of the Bankruptcy Code [D.I. 30; 9/23/13]

      b)   Notice of Entry of Interim Order and Final Hearing [D.I. 34; 9/24/13]

      c)   Certificate of No Objection [D.I. **75**; 10/11/13]

      Objection Deadline:          October 9, 2013 at 4:00 p.m. (ET)

      Objections/Responses Received:          None.

      **Status:          A certificate of no objection has been filed.  No hearing is necessary.**

---

¹       The Debtors are the following four entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses): Devonshire PGA Holdings, LLC (2843) ("Holdings"), Devonshire at PGA National, LLC (2904) ("Devonshire"), Chatsworth at PGA National, LLC (3412) ("Chatsworth National") and Chatsworth PGA Properties, LLC (3472) ("Chatsworth Properties", together with Devonshire and Chatsworth National, the "Operating Debtors").  The mailing address of each of the Debtors, solely for purposes of notices and communications, is 100 Devonshire Way, Palm Beach Gardens, FL 33418.

²       **Amended items appear in bold.**

2.     Motion for the Debtors for an Order, Pursuant to Sections 105(a) and 365(a) of the Bankruptcy Code, Authorizing the Assumption of Restructuring Support Agreement [D.I. 45; 9/25/13]

     Related Documents:

          a)     Certificate of No Objection [D.I. **76**; 10/11/13]

     Objection Deadline:     October 9, 2013 at 4:00 p.m. (ET)

     Objections/Responses Received:     None.

     **Status:**     **A certificate of no objection has been filed.  No hearing is necessary.**

3.     Motion Pursuant to Sections 105 and 363 of the Bankruptcy Code Approving the Payment of Certain Amounts Owed to FIA Card Services, N.A. in Connection with Debtors' Corporate Credit Card Accounts [D.I. 46; 9/25/13]

     Related Documents:

          a)     Certification of Counsel [D.I. **73**; 10/11/13]

     Objection Deadline:     October 9, 2013 at 4:00 p.m. (ET)

     Objections/Responses Received:     None.

     **Status:**     **A certification of counsel has been filed.  No hearing is necessary.**

4.     Motion of Debtors for Entry of an Order Approving the Settlement Agreement, Authorizing Rejection of Certain Agreements and Resolving Claims Relating Thereto [D.I. 47; 9/25/13]

     Related Documents:

          a)     Certificate of No Objection [D.I. **77**; 10/11/13]

          **b)     Notice of Withdrawal of Docket No. 77 [D.I. 81; 10/15/13]**

          **c)     Certification of Counsel [D.I. 83; 10/15/13]**

     Objection Deadline:     October 9, 2013 at 4:00 p.m. (ET)

     Objections/Responses Received:     None.

     **Status:**     **A certification of counsel has been filed.  No hearing is necessary.**

01:14222931.1

5.    Application of the Debtors Pursuant to Section 327(a) of the Bankruptcy Code and Bankruptcy Rule 2014 for an Order Authorizing the Retention and Employment of Epiq Bankruptcy Solutions, LLC as Administrative Advisor for the Debtors and Debtors in Possession *Nunc Pro Tunc* to the Petition Date [D.I. 49; 9/26/13]

       Related Documents:

           a)    Certificate of No Objection [D.I. **78**; 10/11/13]

       Objection Deadline:    October 9, 2013 at 4:00 p.m. (ET)

       Objections/Responses Received:    None.

       **Status:    A certificate of no objection has been filed.  No hearing is necessary.**

6.    Debtors' Motion for Entry of an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [D.I. 50; 9/26/13]

       Related Documents:

           a)    Certificate of No Objection [D.I. **79**; 10/11/13]

       Objection Deadline:    October 9, 2013 at 4:00 p.m. (ET)

       Objections/Responses Received:    None.

       **Status:    A certificate of no objection has been filed.  No hearing is necessary.**

7.    Application of the Debtors Pursuant to Section 327(a) of the Bankruptcy Code and Bankruptcy Rule 2014 for an Order Authorizing the Retention and Employment of Young Conaway Stargatt & Taylor, LLP as Attorneys for the Debtors, *Nunc Pro Tunc* to the Petition Date [D.I. 51; 9/26/13]

       Related Documents:

           a)    Certificate of No Objection [D.I. **80**; 10/11/13]

       Objection Deadline:    October 9, 2013 at 4:00 p.m. (ET)

       Objections/Responses Received:    None.

       **Status:    A certificate of no objection has been filed.  No hearing is necessary.**

8.  Debtors' Motion Pursuant to 11 U.S.C. §§ 105(a) and 363(b) to (I) Retain Alvarez & Marsal Healthcare Industry Group, LLC to Provide the Debtors a Chief Restructuring Officer and Certain Additional Personnel and (II) Designate Paul Rundell as Chief Restructuring Officer for the Debtors *Nunc Pro Tunc* to the Petition Date [D.I. 52; 9/27/13]

Related Documents:

a)  Certification of Counsel [D.I. **74**; 10/11/13]

Objection Deadline:          October 9, 2013 at 4:00 p.m. (ET)

Objections/Responses Received:      Informal Response from the Office of the United States Trustee

**Status:        A certification of counsel has been filed.  No hearing is necessary.**

**UNCONTESTED MATTERS GOING FORWARD**

9.  Debtors' Motion to Reject Management Related Executory Contracts [D.I. 11; 9/19/13]

Related Documents:

a)  Notice of Hearing [D.I. 43; 9/25/13]

Objection Deadline:          October 9, 2013 at 4:00 p.m. (ET)

Objections/Responses Received:      None.

**Status:        The Debtors intend to file a notice of withdrawal with respect to this matter in connection with the settlement motion listed as agenda item no. 4.**

10. Motion of Debtors for Interim and Final Orders (I) Authorizing the Use of Cash Collateral, (II) Granting Adequate Protection to Administrative Agent and (III) Scheduling a Final Hearing [D.I. 13; 9/19/13]

Related Documents:

a)  Interim Order (A) Authorizing Inerim Use of Cash Collateral, (B) Granting Adequate Protection to Senior Lender and (C) Scheduling a Final Hearing [D.I. 27; 9/23/13]

b)  Notice of Entry of Interim Order and Final Hearing [D.I. 35; 9/24/13]

c)  Notice of Revised Cash Collateral Budget [D.I. 36; 9/24/13]

**d)**   **Notice of Filing Proposed Form of Final Order (A) Authorizing Inerim Use of Cash Collateral, and (B) Granting Adequate Protection to Senior Lender [D.I. 82; 10/15/13]**

Objection Deadline:   October 9, 2013 at 4:00 p.m. (ET)

Objections/Responses Received:   None.

Status:   This matter is going forward.

11.   Motion for Conditional Approval of Disclosure Statement and Authorization to Solicit Acceptances of Plan [D.I. 22; 9/20/13]

Related Documents:

a)   Joint Chapter 11 Plan of Reorganization of Devonshire PGA Holdings, LLC and Its Subsidiaries [D.I. 14; 9/19/13]

b)   Disclosure Statement for Joint Chapter 11 Plan of Reorganization [D.I. 15; 9/19/13]

c)   Order Scheduling Hearing and Shortening Notice and Objection Periods with Respect to the Motion for Conditional Approval of Disclosure Statement and Authorization to Solicit Acceptances of Plan [D.I. 32; 9/23/13]

d)   Notice of Hearing [D.I. 44; 9/25/13]

**e)**   **Amended Joint Chapter 11 Plan of Reorganization of Devonshire PGA Holdings, LLC and Its Subsidiaries [D.I. 84; 10/15/13]**

**f)**   **Amended Disclosure Statement for Joint Chapter 11 Plan of Reorganization [D.I. 85; 10/15/13]**

**g)**   **Notice of Filing of Blackline Versions of Plan and Disclosure Statement [D.I. 87; 10/15/13]**

Objection Deadline:   October 9, 2013 at 4:00 p.m. (ET)

Objections/Responses Received:   None.

Status:   This matter is going forward.

01:14222931.1

12.    Debtors' Motion for an Order Authorizing the Debtor to Retain, Employ and Compensate Certain Professionals Utilized in the Ordinary Course of Business [D.I. 55; 9/30/13]

Related Documents:

a)    Order Shortening the Time for Notice for the Debtors' Motion for an Order Authorizing the Debtor to Retain, Employ and Compensate Certain Professionals Utilized in the Ordinary Course of Business [D.I. 57; 10/1/13]

b)    Notice of Hearing [D.I. 62; 10/3/13]

Objection Deadline:            October 11, 2013 at 4:00 p.m. (ET)

Objections/Responses Received:

c)    Informal Response from the Office of the United States Trustee

Status:    At the Hearing, the Debtors will present to the Court a proposed order resolving the informal response from the Office of the United States Trustee.

## CONTESTED MATTER GOING FORWARD

13.    Motion to Permit Debtors to Self-Report *In Lieu* of the Court's Appointment of a Patient Care Ombudsman Under 11 U.S.C. § 333 [D.I. 10; 9/19/13]

Related Documents:

a)    Notice of Hearing [D.I. 42; 9/25/13]

Objection Deadline:            October 9, 2013 at 4:00 p.m. (ET) [Extended for the Office of the United States Trustee]

Objections/Responses Received:

b)    United States Trustee's Objection to Motion to Permit Debtors to Self-Report *In Lieu* of the Court's Appointment of a Patient Care Ombudsman Under 11 U.S.C. § 333 [D.I. 71; 10/10/13]

**Additional Pleadings:**

**c)    Declaration of Paul Rundell in Support of Motion to Permit Debtors to Self-Report *In Lieu* of the Court's Appointment of a Patient Care Ombudsman Under 11 U.S.C. § 333 [D.I. 88; 10/15/13]**

   **d)**   **Motion for Leave and Permission to File the Debtors' Reply in Futher Support of Motion to Permit Debtors to Self-Report *In Lieu* of the Court's Appointment of a Patient Care Ombudsman Under 11 U.S.C. § 333 [D.I. 89; 10/15/13]**

   Status:         This matter is going forward.

Dated: October 15, 2013          YOUNG CONAWAY STARGATT & TAYLOR, LLP
       Wilmington, Delaware

                                 */s/ Justin P. Duda*
                                 M. Blake Cleary (No. 3614)
                                 Sean M. Beach (No. 4070)
                                 Justin P. Duda (No. 5478)
                                 Rodney Square
                                 1000 North King Street
                                 Wilmington, Delaware 19801
                                 Telephone:  (302) 571-6600
                                 Facsimile:  (302) 571-1253

                                 Proposed Counsel to the Debtors and
                                 Debtors in Possession

01:14222931.1